United States District Court
Southern District of Texas
**ENTERED**
October 02, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CAROL CASTILLO, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 4:16-cv-00653 |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| *Defendant* | § | |

---

## ORDER

---

ON THIS DAY, the Court considered the motion brought by Plaintiff Carol Castillo ("Castillo") and Defendant United Airlines, Inc. ("UA"), seeking the dismissal of the claims filed by Castillo. After reviewing the pleadings, the Court finds that the parties entered into a confidential settlement agreement without UA admitting any liability and that Castillo agreed to dismiss her claims against UA with prejudice.

IT IS THEREFORE ORDERED that Castillo's claims be DISMISSED WITH PREJUDICE to refiling the same.

SIGNED this _____ day of _____, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

4